# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

January 10, 2018

**VIA ECF**

The Honorable George B. Daniels
United States District Court
500 Pearl Street
Room 1310
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JAN 1 6 2018

Re: *Delacruz v. Concordia College*
No.: 1:17-cv-08651-GBD

Dear Judge Daniels,

This firm represent Plaintiffs Emanuel Delacruz and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,
GOTTLIEB & ASSOCIATES

*s/ Dana L. Gottlieb*
Dana L. Gottlieb

cc: All counsel of record (via ECF and email)